December 03, 2010

Mr. Bradley Dean McClellan
Law Offices of Richard Pena, P.C.
1701 Directors Blvd., Suite 110
Austin, TX 78744
Mr. Jack W. Latson
Flahive, Ogden & Latson
P.O. Drawer 13367
Austin, TX 78711-3367

RE: Case Number: 09-0330
 Court of Appeals Number: 03-06-00529-CV
 Trial Court Number: GN401199

Style: LIANA LEORDEANU
 v.
 AMERICAN PROTECTION INSURANCE COMPANY

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Jeffrey D. Kyle |
| |Ms. Amalia Rodriguez |
| |Mendoza |
| |Ms. Elaine M. Chaney |
| |Mr. Gary L. Kilgore |